# In the United States Court of Federal Claim

No. 07-361 C

(Filed September 27, 2007)

* * * * * * * * * * * * * * * * * * * * * *
ANITA CHALMERS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**PRELIMINARY SCHEDULING ORDER**

On September 24, 2007, the parties, pursuant to Appendix A, ¶ 4 of the Rules of the United States Court of Federal Claims (RCFC) filed their Joint Preliminary Status Report (JPSR). Therein, the parties reported that they do not intend to file motions pursuant to RCFC 12(b) or 12(c) and, on August 29, 2007, plaintiff's counsel delivered a proposed settlement agreement to defendant which, if approved, would settle all issues except for the driving issue.[1] Defendant reports that the government anticipates responding to plaintiffs' proposed settlement agreement by October 31, 2007.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant is directed to **respond** to plaintiffs' proposed settlement agreement on or before **October 31, 2007**.

(2) Absent the approval of the settlement agreement, the parties are

[1]The parties propose to defer litigation of the driving time issue pending the outcome of the appellants' petition for a writ of *certiorari* in *Stephen S. Adams et al. v. United States*, No. 07-116 (July 27, 2007).

directed to **FILE** a **Joint Status Report** on or before **November 14, 2007**, informing the court of the status of settlement negotiations.

(3) Further proceedings relating to work-home driving issues and damages shall be **DEFERRED** pending the resolution of *Adams v. United States, No. 90-162C*.

s/Lynn J. Bush
LYNN J. BUSH
Judge