# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ANITA CHALMERS,** | * | |
| Plaintiff, | * | |
| v. | * | No. 07-361C |
| **THE UNITED STATES,** | * | (Filed Oct. 17, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ADR ORDER

An off-the-record telephonic Early Neutral Evaluation Conference shall be held at 3:00 p.m. on Tuesday, November 13, 2007. The call will be placed from the Howard T. Markey National Courts Building.

By November 8, 2007, counsel may submit any information and documents to the ADR judge for purposes of ADR. Any such material will be kept confidential, not be included in the court's official file in this case, and not be disclosed to any person who is not participating in the ADR process.

**IT IS SO ORDERED.**

/s Christine O. C. Miller

____________________________________

**Christine Odell Cook Miller**
ADR Judge

cc: Judge Bush