# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ANITA CHALMERS,** *

Plaintiff, *

v. * Case No. 07-361C

**THE UNITED STATES,** * (Filed November 13, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the off-the-record telephonic Early Neutral Evaluation Conference held this date,

**IT IS ORDERED**, as follows:

Pursuant to Second Amended General Order No. 40, this case is referred back to the presiding judge as the parties report that the case is proceeding to partial settlement and do not believe any further efforts on the part of the undersigned will be necessary on the remaining issues pending a petition for writ of *certiorari* in Stephen S. Adams, et al. v. United States, No. 07-116 (July 27, 2007).

s/ Christine O.C. Miller

___________________________________

**Christine Odell Cook Miller**
ADR Judge

cc: Judge Bush