IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ANITA CHALMERS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 07-361C<br>(Judge Bush) |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on September 27, plaintiff and defendant respectfully submit the following joint status report:

1. By letter dated August 29, 2007, plaintiffs submitted to defendant a proposal to settle the instant case, except as to claims based upon time spent driving between home and work in a Government vehicle. Defendant notified plaintiffs that the Drug Enforcement Administration has provided its recommendation concerning the proposed settlement and that defendant will submit such proposal for consideration by the authorized representative of the Attorney General.

Respectfully submitted,

s/ Jules Bernstein
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

s/ Edgar N. James
EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: November 13, 2007

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Shalom Brilliant
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

Dated: November 13, 2007