# In the United States Court of Federal Claims

No. 07-361 C

(Filed March 31, 2008)

* * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| ANITA CHALMERS, | * |
| | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant.* | * |

* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On September 27, 2007, the court issued a scheduling order within which defendant was directed to respond to plaintiff's proposed settlement agreement on or before October 31, 2007; and, absent approval of the settlement agreement, the parties were directed to file a joint status report, on or before November 14, 2007, informing the court of settlement negotiations. Additionally the court's order of September 27, 2007, deferred any rulings on the driving time issue pending the outcome of the appellants' petition for writ of *certiorari* in *Stephen S. Adams et al. v. United States*, No. 07-116 (July 27, 2007). On November 14, 2007, defendant, on behalf of both parties, filed a Joint Status Report which appears to be incomplete. On January 7, 2008, the appellants' petition for writ of *certiorari* was denied. *Adams v. United States*, 128 S. Ct. 866 (2008).

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **April 15, 2008**, and **at every ninety-day interval henceforth**, informing the court of settlement negotiations. The parties' April 15, 2008 status report shall include the status of proceedings on the driving time issue as this affects plaintiff's claims in this case.

s/Lynn J. Bush

LYNN J. BUSH

Judge