IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ANITA CHALMERS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 07-361C<br>(Judge Lynn J. Bush) |

# JOINT STATUS REPORT

Pursuant to the Order issued by the Court on March 31, 2008, plaintiff and defendant respectfully submit the following joint status report:

1. Since the filing of the parties' last joint status report, plaintiff's proposal to settle this case except as to claims based upon time spent driving between home and work in a Government vehicle was approved by the authorized representative of the Attorney General, with amendments. Counsel for the parties have been discussing the appropriate terms to include in the settlement agreement (which would apply to this case and 12 other cases involving similar claims), as well as the terms upon which stipulations of dismissal should be filed. These discussions principally concern the manner in which payments under the settlement should be calculated in certain situations that may be relevant to a limited number of plaintiffs in these cases. Further, plaintiff has submitted her claim to defendant for calculation.

2. The parties anticipate resolving plaintiff's claims for back pay for driving to and from work in a Government vehicle through dispositive motions. Plaintiff believes that discovery will be necessary regarding plaintiff's back pay claims for driving to and from work in a Government

vehicle. Defendant believes that discovery concerning plaintiff's claim for driving time is unwarranted and an undue burden, that this claim is controlled by Adams v. United States, 471 F.3d 1321 (Fed. Cir. 2006), cert. denied, 128 S.Ct 866 (2008), and that, under this controlling precedent, plaintiff's driving claim should be dismissed as a matter of law.

Respectfully submitted,

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: April 15, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

TODD M. HUGHES
Deputy Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 616-8275
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: April 15, 2008

CERTIFICATE OF FILING

I hereby certify that on the 15th day of April, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**